

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00185-CR

_____

CEDRIC STOKES, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from County Criminal Court No. 1
Denton County, Texas
Trial Court No. CR-2019-04275-A

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Cedric Stokes filed his notice of appeal on August 17, 2022. On October 24, 2022, we notified Stokes that the trial court clerk responsible for preparing the record in this appeal had informed this court that payment arrangements had not been made for the clerk's record. *See* Tex. R. App. P. 35.3(a)(2). We stated that we would dismiss this appeal for want of prosecution unless Stokes made arrangements to pay for the clerk's record and provided this court with proof of payment by November 3, 2022. *See* Tex. R. App. P. 37.3(b). We received no proof of payment.

Because Stokes's retained trial counsel had previously responded to this court's correspondence and stated that he would reach out to his client regarding payment for the clerk's record, we sent another letter to Stokes on December 6, 2022. We stated that we would dismiss this appeal for want of prosecution unless Stokes made arrangements to pay for the clerk's record and provided this court with proof of payment by December 16, 2022. *See id.* We received no proof of payment and no further communication from Stokes's retained trial counsel.

Because Stokes has not made payment arrangements for the clerk's record, we now dismiss this appeal for want of prosecution. *See id.*; Tex. R. App. P. 43.2(f); *Ex parte Blakely*, No. 02-18-00048-CR, 2018 WL 3153477, at *1 (Tex. App.—Fort Worth June 28, 2018, no pet.) (per curiam) (mem. op.).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: February 9, 2023